ACCEPTED
03-15-00271-CV
6480897
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 11:35:28 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00271-CV

**IN THE**
**THIRD COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/13/2015 11:35:28 AM

JEFFREY D. KYLE
Clerk

**CYNTHIA WALKER, Individually and on Behalf of the ESTATE OF NORMAN WALKER; STEPHEN WALKER; STEPHANIE WALKER HATTON; JORDAN WALKER; and CAREN ANN JOHNSON**
**APPELLANTS**

**V.**

**UME, INC. d/b/a CAMP HUACO SPRINGS; WWGAF, INC. d/b/a ROCKIN' RIVER RIDES; WILLIAM GEORGE RIVERS; and RICHARD DUANE RIVERS**
**APPELLEES**

**ON APPEAL FROM THE 433RD JUDICIAL DISTRICT COURT, COMAL COUNTY, TEXAS, HON. DIB WALDRIP, PRESIDING**

**MOTION REQUESTING EXTENSION OF TIME**
**TO FILE APPELLANTS' BRIEF**

Come Now Appellants Cynthia Walker, Individually and on Behalf of the Estate of Norman Walker; Stephen Walker; Stephanie Walker Hatton; Jordan Walker; and Carrie Ann Johnson, and submit this Motion For Extension of Time to File Appellants' Brief as follows.

1) Appellants' Brief is due on August 28, 2015. Appellants are requesting a sixty day extension of time to file Appellants' Brief, which would make Appellants' Brief due on October 28, 2015. Appellants have not previously requested an extension of time to file their brief.

2) Undersigned counsel has other commitments that interfere with the ability to complete the brief any earlier, including:

   a. Cause No. D-1-GN-14-001791; *Austin Firefighters Association vs. City of Austin*; In the 261st Judicial District of Travis County, Texas.

   b. Cause No. 4205; *John P. Boerschig v. Rio Grande Electric Coop*; In the 63rd Judicial District Court of Kinney County, Texas.

   c. Cause No. D-1-GN-12-002686; *Raintree Construction, Inc. v. Workman Commercial Construction Services et al; Laredo RP, Ltd. v. Davies Group Architects, LLC, William A. Davies, and Workman Commercial Construction Services, Ltd.*; In the 200th Judicial District Court of Travis County Texas.

   d. Cause No. 15-0111; *Performance Products, Inc. v. James Pearcy*; In the Supreme Court of Texas.

   e. Cause No. 13-15-00304-CV; *Margaret Haule v. channelAustin*; In the Thirteenth Court of Appeals.

   f. Cause No. 1:15-cv-00590; *Paul G. Sigmon and Beth D. Sigmon vs. Branch Banking & Trust Company;* In the United States District Court for the Western District of Texas, Austin Division.

   g. Cause No. 1:13-CV-00830; *Billie Mercer, Individually and as Heir to the Estate of Larry Jackson, Jr.; and Larry Mercer, Individually and as Heir to the Estate of Larry Jackson, Jr.; Kirsten Jackson, Intervenor vs. Charles Kleinert and The City of Austin*; In the United States District Court for the Western District of Texas Austin Division.

h. Cause No. 1:13-cv-00825-SS; *White Lodging Services Corp. and Austin 18 Hotel, LLC vs. City of Austin and Anthony Snipes*; In the United States District Court, Western District of Texas, Austin Division.

i. Cause No. 2013-004640-1; *Stephen L. Kolle, Gayla Janell Morris Goff, Mydra C. Kolle, Michelle Kolle and Allison Kolle*; In the 135th Judicial District Court of Victoria County, Texas.

j. Cause No. D-1-GN-15-002652; *CCP Holdings (GTI), LLC; Chart Capital Partners II, LP; and Chart Capital Partners II-A, LP vs. Genesis Today, Inc.; Genesis Pure, Inc.; Robert Lindsey Duncan and Molly Agle Duncan*; In the 126th Judicial District Court, Travis County, Texas

k. Cause No. 15-1014; *County of Hays, Texas v. Gary E. Hoover et al.*; In the 22nd Judicial District Court of Hays County, Texas.

l. TCEQ Docket No. 2014-1030-MLM-E; In the Matter of an Enforcement Action against Luling O&G and Delton Bishop RN107228421; Before the Texas Commission on Environmental Quality.

m. Cause No. D-1-GN-15-003263; *Diana D., as next friend of KD, a child et al. v. Chris Traylor, as Executive Commissioner of Texas Health & Human Services Commission et al*; In the 200th Judicial District Court of Travis County, Texas.

n. Undersigned counsel also serves as a panelist in three pending arbitration matters before FINRA.

3)    In addition, Appellants' counsel will be on vacation from August 24, 2015 through August 28, 2015. This vacation has been scheduled for several months and will result in Appellants' counsel being out of the state when the brief is due, which will prevent completion of the Brief by the current deadline.

4)      Finally, the clerk's record comprises 2,361 pages, which is unusually large for an appeal of a summary judgment ruling.  Given the other obligations of Appellants' counsel, and the previously scheduled vacation, Appellants' counsel is unable to review a record of this size in time to complete the Brief by the current deadline.

5)      This motion is not sought for delay but so that justice may be served.

Wherefore, Appellants pray that the Court grant their sixty day extension request to file their Brief to October 28, 2015, and for such other relief to which they may be entitled.

Respectfully submitted,

_____
Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701
Fax (512) 476-0005
Tel (512) 476-1513
**ATTORNEY FOR APPELLANTS**
**CYNTHIA WALKER, Individually and**
**on Behalf of the ESTATE OF NORMAN**
**WALKER; STEPHEN WALKER;**
**STEPHANIE WALKER HATTON;**
**JORDAN WALKER; and CARRIE ANN**
**JOHNSON**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. App. R. 10.1(a)(5), I hereby certify that I have conferred with counsel for Appellees and Appellees do not oppose this motion.



_____

**CLARK RICHARDS**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 13th day of August 2015, a copy of Appellants' Motion For Extension of Time to File Appellants' Brief was served by email on the following counsel:

Karen L. Landinger
klandinger@cbylaw.com
Andres R. Gonzalez
agonzalez@cbylaw.com
Cokinos Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas 78230
*Attorneys for Appellee*
*WWGAF, Inc. d/b/a Rockin 'R' River Rides*

Willie Ben Daw, III
wbdaw@dawray.com
C. Thomas Valentine
tvalentine@dawray.com
Kyle D. Giacco
Kgiacco@dawray.com
5718 Westheimer, Suite 1750
Houston, Texas 77057
*Attorneys for UME, Inc. d/b/a Camp Huaco Springs, Williams George Rivers and Richard Duane Rivers*



_____

**CLARK RICHARDS**